DOROTHEA M. WEITZNER v. SCHINASI FURS, INC., et al.—Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 852; *post,* p. 978.] Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

MATILDA THUMEN et al. v. BENJAMIN DINOWITZ et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 852.] Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

In the Matter of JOHN BRODERICK et al. against CITY OF NEW YORK et al.— Motion by the individual appellants, James W. O. Wood et al. for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. [See *ante,* p. 856.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of JOHN BRODERICK et al. against CITY OF NEW YORK et al.— Motion by the appellants, the City of New York et al. for leave to appeal to the Court of Appeals granted. Settle order on notice. [See *ante,* p. 856.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of RICHARD WELLING, Respondent, against PATRICK WALSH, as Commissioner of the Fire Department of the City of New York, et al., Appellants. RICHARD B. HAYNES, Intervener, Defendant, and JAMES W. O. WOOD et al., Interveners, Defendants-Appellants.— Motion by interveners, appellants for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. [See *ante,* p. 856.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of RICHARD WELLING, Respondent, against PATRICK WALSH, as Commissioner of the Fire Department of the City of New York, et al., Appellants. RICHARD B. HAYNES, Intervener, Defendant, and JAMES W. O. WOOD et al., Interveners, Defendants-Appellants.— Motion by appellants, the City of New York, et al., for leave to appeal to the Court of Appeals granted. Settle order on notice. [See *ante,* p. 856.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Accounting of CORTLANDT F. BISHOP, as Trustee of MATILDA W. WHITE, Deceased. AMY B. BISHOP et al., as Executors of CORTLANDT F. BISHOP, Deceased; BEATRICE B. BERLE et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 759.] Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.

STUYVESANT CONSTRUCTION CORPORATION et al. v. FING HOLDING CORPORATION et al. and BREMER TOOL CORPORATION et al.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante,* p. 856.] Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

EMILIA BERGKVIST v. SUPREME COUNCIL OF THE ROYAL ARCANUM.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. [See *ante,* p. 763.] Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Application of SAMUEL LANG for Reinstatement as an Attorney.— Motion for reinstatement denied. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

## (November 10, 1944.)

PARFUMS RONNI, INC., Appellant, v. MURRAY MORIN, Doing Business under the Name of RANDY COMPANY, Respondent.— Judgment affirmed, with costs. No